**Order entered April 13, 2020**



In The
## Court of Appeals
## Fifth District of Texas at Dallas

No. 05-19-00201-CV

**RICHARD RALEY AND RALEY HOLDINGS, LLC, Appellants**

**V.**

**DANIEL K. HAGOOD, P.C. AND FITZPATRICK HAGOOD SMITH & UHL, LLP, Appellees**

**On Appeal from the County Court at Law No. 2
Dallas County, Texas
Trial Court Cause No. CC-17-00390-B**

### ORDER

The supplemental reporter's record in this case are overdue. By order dated February 26, 2020, we granted appellees' second unopposed motion to file their brief and ordered Court Reporter Robin N. Washington to file, by March 16, 2020, the supplemental reporter's record requested by appellees by letter dated January 8, 2020. To date, Ms. Washington has not filed the reporter's record nor otherwise corresponded with the Court about the reporter's record.

So that this appeal can proceed, we **ORDER** Robin N. Washington to file the supplemental reporter's record requested by appellees on January 8, 2020 within **TWENTY DAYS** of the date of this order.  We expressly **CAUTION** Ms. Washington failure to comply with this order **WILL** result in the Court taking such action as is necessary to have Ms. Washington comply with the Court's orders, including an order that she not sit as a court reporter until she complies.

We **DIRECT** the Clerk to send copies of this order to:

Honorable Melissa Bellan
Presiding Judge
County Court at Law No. 2

Robin N. Washington
Official Court Reporter
County Court at Law No. 2

All parties

/s/    ROBERT D. BURNS, III
CHIEF JUSTICE